STUART LIBICKI, (#57626)
SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP
6300 Wilshire Boulevard, Suite 2000
Los Angeles, California 90048-5268

Telephone: (323) 655-4700
Facsimile: (323) 655-4488
E-mail: sl@ssdslaw.com

Attorneys for California Ironworkers Field Pension Trust

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM A. NIESE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHANDLER TRUST NO. 1, et al.,<br><br>Defendants. | CASE NO. 2:11-CV-7577-PSG (PLAx)<br><br>NOTICE OF APPEARANCE BY DEFENDANT, CALIFORNIA IRONWORKERS FIELD PENSION TRUST |

Pursuant to the Court's Revised Order granting Plaintiffs' motion to stay proceeding (filed November 22, 2011), Defendant California Ironworkers Field Pension Trust hereby enters an appearance in the above-captioned matter through its counsel, Schwartz, Steinsapir, Dohrmann & Sommers LLP by Stuart Libicki.

Dated: December 27, 2011

SCHWARTZ, STEINSAPIR, DOHRMANN & SOMMERS LLP

By _____
STUART LIBICKI
Attorneys for Defendant, California Ironworkers Field Pension Trust

NTC.APPEAR.SL.122722

1