1  STROOCK & STROOCK & LAVAN LLP
   STEPHEN J. NEWMAN (State Bar No. 181570)
2  2029 Century Park East
   Los Angeles, CA  90067-3086
3  Telephone: 310-556-5800
   Facsimile: 310-556-5959
4  Email: *lacalendar@stroock.com*

5

   Attorneys for Defendant
6    SACRAMENTO COUNTY EMPLOYEES RETIREMENT
     SYSTEM, erroneously sued herein as SACRAMENTO CNTY
7    EMP RET SYSTEM

8

9              **IN THE UNITED STATES DISTRICT COURT**

10                **CENTRAL DISTRICT OF CALIFORNIA**

11

12  WILLIAM A. NIESE, et al.              ) Case No. 2:11-CV-7577-PSG (PLAx)
                                          )
13              Plaintiffs,               ) **NOTICE OF APPEARANCE**
                                          )
14       vs.                              ) Assigned to the Hon. Philip S. Gutierrez
                                          )
15  CHANDLER TRUST NO. 1, et al.          ) Action Filed:  June 2, 2011
                                          )
16              Defendants.               )
                                          )
17                                        )
                                          )
18  _____)

19

20

21

22

23

24

25

26

27

28

---
NOTICE OF APPEARANCE

LA 51500113

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Court's Order Granting Plaintiffs' Motion to Stay Proceeding, defendant Sacramento County Employees Retirement System, erroneously sued herein as Sacramento Cnty Emp Ret System, hereby enters an appearance in the above-captioned matter through its counsel, Stroock & Stroock & Lavan LLP.

Dated: December 29, 2011            STROOCK & STROOCK & LAVAN LLP

By: */s/ Stephen J. Newman*
      Stephen J. Newman

Attorneys for Defendant
  SACRAMENTO COUNTY EMPLOYEES RETIREMENT SYSTEM, erroneously sued herein as SACRAMENTO CNTY EMP RET SYSTEM

- 1 -
NOTICE OF APPEARANCE

LA 51500113

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2011, I caused the foregoing **NOTICE OF APPEARANCE** to be filed electronically. Notice of this filing will be served by e-mail upon all counsel of record by operation of the court's electronic filing system. Parties may access this filing through the court's EM/ECF System.

/s/ *Stephen J. Newman*
Stephen J. Newman