Name & Address: JOSEPH J. TABACCO, JR. (SBN 75484)
BERMAN DEVALERIO
ONE CALIFORNIA STREET, SUITE 900
SAN FRANCISCO, CA 94111
(415) 433-3200 | (415) 433-6382 (f)
jtabacco@bermandevalerio.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NIESE, et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 11-cv-7577-PSG (PLAx) |
| v. | |
| CHANDLER TRUST NO. 1, et al. | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |
| DEFENDANT(S). | |

**The following information must be provided:**

I, _JOSEPH J. TABACCO, JR._ , _75484_ , jtabacco@bermandevalerio.com
    *Name*         *CA Bar ID Number*        *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following

party(s) Defendants California Public Employees' Retirement System (incorrectly sued as CA Public Employee

Retirement System; CALPERS (Dynamic Completion Fund); and CALPERS (California Pub Emp Retire Sys)); and

The Regents of the University of California (incorrectly sued as University of CA Regents)

and am requesting the following change(s):

---

THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
I ☑ consent ☐ do not consent to receive service of documents by electronic means in
accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

---

## *SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:

    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____

New Firm/Government Agency Name _____

New Address _____

New Telephone Number _____ New Facsimile Number _____

New E-mail address _____

---

☑ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX

    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

    ☑ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

---

IF YOUR FI RM I S **NOT** ALREADY PART OF THI S ACTI ON AND ARE A SSOCIATING IN AS COUNSEL OF RECORD A NOTI CE OF ASSOCIATION SHOULD BE FI LED. IF YOU ARE GOI NG TO APPEAR PRO HAC VI CE, A SEPARATE APPLI CATION OF NON -RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name  JOSEPH J. TABACCO, JR.                    CA State Bar Number  75484

Firm/Government Agency Name  BERMAN DEVALERIO

Address:  ONE CALIFORNIA STREET, SUITE 900

Telephone Number  (415) 433-3200                    Facsimile Number  (415) 433-6382

New E-mail address  jtabacco@bermandevalerio.com

☐  TO BE REMOVED FROM THE CASE: **

    ☐  I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

    ☐  The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☐  There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☐  I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\*This form _cannot_ be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,_Request for Substitution of Attorney_ and G-01ORDER, _Order on Request for Substitution of Attorney._ At least one  member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date:  January 3, 2012                    _____
                                                Signature of Attorney of Record / Attorney for the Firm

**PLEASE NOTE: CM/ECF users must update  their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Informat ion. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**

## CERTIFICATE OF SERVICE

I, Leslie R. Cuesta, hereby declare as follows:

I am employed by Berman DeValerio, One California Street, Suite 900, San Francisco, California, 94111. I am over the age of 18 years and am not a party to this action. On January 3, 2012, using the Central District of California's Electronic Case Filing System ("ECF"), with the ECF ID registered to Joseph J. Tabacco, Jr., and at his direction, I filed and served true and correct copies of the foregoing **NOTICE OF CHANGE OF ATTORNEY INFORMATION**.

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are identified in the attached Mailing Information for a Case 2:11-cv-07577-PSG-PLA, generated on January 3, 2012 at 11:21 a.m. (PST).

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on January 3, 2012.

Leslie R. Cuesta

# Mailing Information for a Case 2:11-cv-07577-PSG-PLA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joel Alan Feuer**
  jfeuer@gibsondunn.com

- **Michael Allen Firestein**
  mfirestein@proskauer.com

- **Jeffrey M Judd**
  jeff@juddlawgroup.com

- **Stuart Libicki**
  sl@ssdslaw.com

- **Stephen J Newman**
  snewman@stroock.com,rharcourt@stroock.com,lacalendar@stroock.com

- **Jay Teitelbaum**
  jteitelbaum@tblawllp.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)