Joseph J. Tabacco, Jr. (SBN 75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (SBN 118058)
cheffelfinger@bermandevalerio.com
Marie G. Quashnock (SBN 153567)
mquashnock@bermandevalerio.com
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Attorneys for Defendants California Public Employees' Retirement System and The Regents of the University of California*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM A. NIESE, et al., | CASE NO.: 2:11-cv-07577-PSG-PLA |
|---|---|
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| vs. | Courtroom: 880 |
| CHANDLER TRUST NO. 1, et al., | Judge: Philip S. Gutierrez |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Christopher T. Heffelfinger, California State Bar Number 118058, of Berman DeValerio, One California Street, Suite 900, San Francisco, California, 94111, Telephone: (415) 433-3200, Facsimile: (415) 433-6382, is hereby associated with counsel for Defendants California Public Employees' Retirement System (*incorrectly sued as CA Public Employee Retirement System; CALPERS (Dynamic Completion Fund); and CALPERS (California Pub Emp Retire Sys)*); and The Regents of the University of California (*incorrectly sued as University of CA Regents*), in this matter.

Dated: January 3, 2012                     Respectfully submitted,

                                           **BERMAN DeVALERIO**

                                           By:   /s/ Christopher T. Heffelfinger
                                                 Christopher T. Heffelfinger
                                                 cheffelfinger@bermandevalerio.com

                                           Joseph J. Tabacco, Jr. (SBN 75484)
                                           jtabacco@bermandevalerio.com
                                           Marie G. Quashnock (SBN 153567)
                                           mquashnock@bermandevalerio.com
                                           One California Street, Suite 900
                                           San Francisco, CA 94111
                                           Telephone: (415) 433-3200
                                           Facsimile:  (415) 433-6382

                                           *Attorneys for Defendants California Public Employees' Retirement System and The Regents of the University of California*

## CERTIFICATE OF SERVICE

I, Leslie R. Cuesta, hereby declare as follows:

I am employed by Berman DeValerio, One California Street, Suite 900, San Francisco, California, 94111. I am over the age of 18 years and am not a party to this action. On January 3, 2012, using the Central District of California's Electronic Case Filing System ("ECF"), with the ECF ID registered to Christopher T. Heffelfinger, and at his direction, I filed and served true and correct copies of the foregoing **NOTICE OF ASSOCIATION OF COUNSEL**.

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are identified in the attached Mailing Information for a Case 2:11-cv-07577-PSG-PLA, generated on January 3, 2012 at 11:21 a.m. (PST).

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on January 3, 2012.

Leslie R. Cuesta

Case 2:11-cv-07577-PSG-PLA   Document 33   Filed 01/03/12   Page 4 of 4   Page ID #:561

# Mailing Information for a Case 2:11-cv-07577-PSG-PLA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joel Alan Feuer**
  jfeuer@gibsondunn.com

- **Michael Allen Firestein**
  mfirestein@proskauer.com

- **Jeffrey M Judd**
  jeff@juddlawgroup.com

- **Stuart Libicki**
  sl@ssdslaw.com

- **Stephen J Newman**
  snewman@stroock.com,rharcourt@stroock.com,lacalendar@stroock.com

- **Jay Teitelbaum**
  jteitelbaum@tblawllp.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`