1   BINGHAM McCUTCHEN LLP
2   Jonathan A. Loeb, SBN 162758
    jon.loeb@bingham.com
3   The Water Garden
    Fourth Floor, North Tower
4   1620 26th Street
    Santa Monica, California  90404-4060
5   Telephone:  (310) 907-1000

6
    Attorneys for Defendant
7   T. ROWE PRICE GROUP, INC.

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11                                              |  NO. CV 11 07577 PSG-PLA
    WILLIAM A. NIESE, et al.;
12                                              |
                    Plaintiff,                  |
13                                              |  NOTICE OF APPEARANCE OF
                    v.                          |  DEFENDANT T. ROWE PRICE
14                                              |  GROUP, INC.
    FIRST REPUBLIC BANK, et al.,                |
15                                              |
                    Defendants                  |  Judge: Hon. Philip S. Gutierrez
16                                              |  Courtroom:   880 - Roybal
17
18
19
20
21
22
23
24
25
26
27
28

A/74684739.1

# APPEARANCE

Defendant T. Rowe Price Group, Inc. ("T. Rowe Price") hereby enters its appearance in the above-titled action.  T. Rowe Price hereby requests that all further papers, pleadings, notices and orders in the above titled action be served upon its counsel electronically or at the physical address set forth herein.  This appearance is without prejudice to any defenses or positions that T. Rowe Price may have, including defenses based upon insufficient service of process and/or lack of personal jurisdiction.

DATED:  January 10, 2012

Bingham McCutchen LLP


By: _____ /s/ Jonathan Loeb_____
Jonathan A. Loeb
Attorneys for Defendant
T. Rowe Price Group, Inc.

A/74684739.1

1

**PROOF OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in Los Angeles County, California at The Water Garden, Fourth Floor, North Tower, 1620 26th Street, Santa Monica, California  90404-4060.  I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day FedEx delivery, and they are deposited that same day in the ordinary course of business.

On January 10, 2012, I served the attached:

**NOTICE OF APPEARANCE OF T. ROWE PRICE GROUP, INC.**

☒ (BY COURT'S NEF) by causing a true and correct copy of the above document(s) to be electronically filed and a Notice of Electronic Filing automatically generated by the court's CM/ECF system and sent by e-mail to attorneys in the case who are registered as CM/ECF users and have consented to electronic service.

☐ (VIA EMAIL) by transmitting a true and correct copy via email the document(s) listed above on this date before 6:00 p.m. PST to the person(s) at the email address(es) set forth below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 10, 2012, at Santa Monica, California.

*/s/ Cheryle Appling*
Cheryle Appling

A/74684739.1