1  BINGHAM McCUTCHEN LLP
   Jonathan A. Loeb, SBN 162758
2  jon.loeb@bingham.com
   The Water Garden
3  Fourth Floor, North Tower
   1620 26th Street
4  Santa Monica, California  90404-4060
   Telephone:  (310) 907-1000
5
6
   Attorneys for Defendant
7  T. ROWE PRICE GROUP, INC.

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 WILLIAM A. NIESE, et al.;           NO. CV 11 07577 PSG-PLA
12
          Plaintiff,                   DEFENDANT T. ROWE PRICE
13                                     GROUP, INC.'S DISCLOSURE
          v.                           STATEMENT
14
   FIRST REPUBLIC BANK, et al.,        (FRCP 7.1; L.R. 7.1-1)
15
          Defendants
16
                                       Judge: Hon. Philip S. Gutierrez
17                                     Courtroom:  880 - Roybal

18

19

20

21

22

23

24

25

26

27

28 A/74690945.1

# DEFENDANT'S DISCLOSURE STATEMENT

Defendant T. Rowe Price Group, Inc. ("T. Rowe Price") makes the following disclosures:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, T. Rowe Price discloses that no public company owns more than 10% of T. Rowe Price's stock.

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for T. Rowe Price certifies that, other than T. Rowe Price, T. Rowe Price knows of no other person, association of persons, firm, partnership, corporation or insurance carrier that may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED:  January 10, 2012

                        Bingham McCutchen LLP

                        By:     */s/ Jonathan A. Loeb*
                               Jonathan A. Loeb
                               Attorneys for Defendant
                               T. Rowe Price Group, Inc.

## PROOF OF SERVICE

I am over eighteen years of age, not a party in this action, and employed in Los Angeles County, California at The Water Garden, Fourth Floor, North Tower, 1620 26th Street, Santa Monica, California  90404-4060.  I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day FedEx delivery, and they are deposited that same day in the ordinary course of business.

On January 10, 2012, I served the attached:

**DEFENDANT T. ROWE PRICE GROUP, INC.'S DISCLOSURE STATEMENT (FRCP 7.1; L.R. 7.1-1)**

☒ (BY COURT'S NEF) by causing a true and correct copy of the above document(s) to be electronically filed and a Notice of Electronic Filing automatically generated by the court's CM/ECF system and sent by e-mail to attorneys in the case who are registered as CM/ECF users and have consented to electronic service.

☐ (VIA EMAIL) by transmitting a true and correct copy via email the document(s) listed above on this date before 6:00 p.m. PST to the person(s) at the email address(es) set forth below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 10, 2012, at Santa Monica, California.

*/s/ Cheryle Appling*
Cheryle Appling

A/74690945.1