BINGHAM McCUTCHEN LLP
Jonathan A. Loeb, SBN 162758
jon.loeb@bingham.com
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, California  90404-4060
Telephone:  (310) 907-1000

Attorneys for Defendant
BOARD OF ADMINISTRATION OF THE
WATER AND POWER EMPLOYEES'
RETIREMENT PLAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. NIESE, et al.;<br><br>Plaintiff,<br><br>v.<br><br>FIRST REPUBLIC BANK, et al.,<br><br>Defendants | NO. CV 11 07577 PSG-PLA<br><br>DEFENDANT BOARD OF ADMINISTRATION OF THE WATER AND POWER EMPLOYEES' RETIREMENT PLAN'S DISCLOSURE STATEMENT<br><br>(FRCP 7.1; L.R. 7.1-1)<br><br>Judge: Hon. Philip S. Gutierrez<br>Courtroom:  880 - Roybal |

A/74688664.1/4012492-0000353313

## DEFENDANT'S DISCLOSURE STATEMENT

Defendant Board of Administration of the Water and Power Employees' Retirement Plan ("Board of Administration") -- incorrectly named in this action as the "Water and Power Employees' Ret.," and as the "Los Angeles Dep. of Water and Power Employee RET-T Rowe Price LG VAL-Disability & Death Benefit Insurance Plan" -- hereby makes the following disclosures:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Board of Administration discloses that no public company owns more than 10% of the Board of Administration's stock.

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for the Board of Administration certifies that, other than the Board of Administration, the Board of Administration knows of no other person, association of persons, firm, partnership, corporation or insurance carrier that may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED:  January 10, 2012

Bingham McCutchen LLP

By:   */s/ Jonathan A. Loeb*
Jonathan A. Loeb
Attorneys for Defendant

BOARD OF ADMINISTRATION OF THE WATER AND POWER EMPLOYEES' RETIREMENT PLAN

## **PROOF OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in Los Angeles County, California at The Water Garden, Fourth Floor, North Tower, 1620 26th Street, Santa Monica, California 90404-4060. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day FedEx delivery, and they are deposited that same day in the ordinary course of business.

On January 10, 2012, I served the attached:

**DEFENDANT BOARD OF ADMINISTRATION OF THE WATER AND POWER EMPLOYEES' RETIREMENT PLAN'S DISCLOSURE STATEMENT (FRCP 7.1; L.R. 7.1-1)**

☒   (BY COURT'S NEF) by causing a true and correct copy of the above document(s) to be electronically filed and a Notice of Electronic Filing automatically generated by the court's CM/ECF system and sent by e-mail to attorneys in the case who are registered as CM/ECF users and have consented to electronic service.

☐   (VIA EMAIL) by transmitting a true and correct copy via email the document(s) listed above on this date before 6:00 p.m. PST to the person(s) at the email address(es) set forth below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 10, 2012, at Santa Monica, California.

*/s/ Cheryle Appling*
Cheryle Appling

A/74688664.1/4012492-0000353313